IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Peter Navarro,                              :
                          Petitioner        :
                                            :
              v.                            :
                                            :
Unemployment Compensation                   :
Board of Review,                            :
                          Respondent        :        No. 633 C.D. 2015

## **O R D E R**

NOW, December 9, 2015, having considered petitioner's petition for reconsideration, the petition is denied.

_____
DAN PELLEGRINI,
President Judge